UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) | |
| BRADLEY WAYNE NELSON | ) | CASE NO. 08-81947 |
| DEBTOR | ) ) ) | CHAPTER 13 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

BROCK & SCOTT, PLLC, pursuant to Bankruptcy Rule 9010(b), hereby gives notice of appearance in this case as Counsel for Chase Home Finance, LLC.

Pursuant to Bankruptcy Rule 2002, please mail all notices and other documents required to be served upon Creditors to said Attorney at the following address:

BROCK & SCOTT, PLLC
Sean M. Corcoran
Attorney at Law
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676

This, the 5th day of January, 2009

/s/ Sean M. Corcoran_____
Sean M. Corcoran
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
Bar Number 33387