IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NUMBER: 08-81947
CHAPTER 13

IN RE:
  BRADLEY WAYNE NELSON AND

NOTICE OF APPEARANCE PURSUANT
TO BANKRUPTCY RULE 9010 (b) and
REQUEST FOR NOTICES UNDER
BANKRUPTCY RULE 2002

To the Clerk of the United States Bankruptcy Court:

    **PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Kimberly A. Sheek<br>
Shapiro & Ingle, L.L.P.<br>
8520 Cliff Cameron Drive, Suite 300<br>
Charlotte, NC 28269

as counsel for GMAC Mortgage, LLC Servicer for ("GMAC Mortgage, LLC"), a creditor of the above named Debtor(s).

    **REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*s/ Kimberly A. Sheek*<br>
Kimberly A. Sheek<br>
NC Bar # 34199

### CERTIFICATE OF SERVICE

    The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Richard M. Hutson, II<br>
Suite 425, 300 W. Morgan St.<br>
P.O. Box 3613<br>
Durham, NC 27702

John T. Orcutt<br>
6616-203 Six Forks Road<br>
Raleigh, NC 27615

    This the 8th day of January, 2009

*s/ Kimberly A. Sheek*<br>
Kimberly A. Sheek<br>
NC Bar # 34199

09-110961